Olivier D. L. DuPont (OD-2817)
DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEDITERRANEAN SHIPPING, S.A.

                        Plaintiff,         Case No. 07 – cv - 7373

   - against -

COACHELLA VALLEY EDIBLES, LLC.      **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1**

                      Defendant.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendant Mediterranean Shipping Company, S.A., a/k/a Mediterranean Shipping Company (a private non-governmental party) certifies that there is no corporate parent and no publicly held corporation owns more than ten percent of the stock.

Dated: New York, New York
       August 17, 2007

                                                     DEORCHIS WIENER & PARTNERS, LLP
                                                     Attorneys for Plaintiff

                                     By:     s/_____
                                                  Olivier D. L. DuPont, Esq. (OD-2817)
                                                  61 Broadway, 26th Floor
                                                  New York, New York 10006-2802
                                                  (212) 344-4700
                                                  Our file no.: 1188-524