Olivier D. L. DuPont (OD-2817)
DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

07 CV 7373

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY, S.A.

                        Plaintiff,

- against -

COACHELLA VALLEY EDIBLES, LLC.

                        Defendant.
------------------------------------------------------------X

Case No. 07 cv 7373

AFFIRMATION IN SUPPORT OF
PRAYER FOR
MARITIME ATTACHMENT

OLIVIER D. L. DUPONT, having been duly sworn, hereby affirm as follows:

1.    I am a member of DeOrchis, Wiener & Partners, LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court,

2.    This affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3.    I have attempted to locate the Defendant COACHELLA VALLEY EDIBLES, LLC., within this District.

4.    As part of my investigation to locate the Defendant within this District, I first contacted the office of the New York Department of State, Division of Corporations, on August 12, 2006, via its official website at http://www.dos.state.ny.us and conducted a search for any corporation named "COACHELLA VALLEY EDIBLES". The search result indicated that "COACHELLA VALLEY EDIBLES" are neither New York corporations, nor are

licensed, authorized or registered to do business in the State of New York as either domestic or foreign corporations.

5. Using the Google research engine, I was not able to find a website for the Defendant. I found an e-mail address of the Defendant @cve-usa.com but the domain name http://www.cve-usa.com indicates that "the website you attempted to visit is currently unavailable".

6. I also reviewed the telephone company information directory maintained on the World Wide Web or Internet, as well as the white and yellow pages to determine if there were any listings for the Defendant in any of the counties within this District (e.g., Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan and Westchester) and did not find any listing for the Defendant.

7. I submit based on the foregoing that the Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, thus justifying issuance of an order of attachment against any property, goods, chattels or credits and effects of the Defendant as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby confirm under the penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         August 13, 2007

                                                          _____
                                                          Olivier D. L. DuPont, Esq. (OD-2817)

W:\1188-524\Legals\Attorney Affirmation in Support of Rule B Attachment 081307, odld.DOC