Olivier D. L. DuPont (OD-2817)
DeOrchis Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY, S.A.

                Plaintiff,

- against -

COACHELLA VALLEY EDIBLES, LLC.

                Defendant.
-----------------------------------------------------------------X

Case No. 07 cv 7373

**ORDER APPOINTING SPECIAL PROCESS SERVER TO SERVE *EX PARTE* ORDER FOR PROCESS OF MARITIME ATTACHMENT**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

**NOW**, good cause having been shown, it is hereby

**ORDERED**, that Olivier D. L. DuPont, or any other partner, associate, clerk, trainee, paralegal or agent of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold tangible or intangible property belonging to, claimed by or being held for the defendant COACHELLA VALLEY EDIBLES, LLC., and the Order of Maritime Attachment

and Information Subpoena may be served by way of facsimile transmission, or e-mail as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated: New York, New York
      August 17, 2007

                                  _____
                                           U.S.D.J.

                                           Part I

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
            DEPUTY CLERK

2