Olivier D.L. DuPont (OD-2817)
DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 9 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY, S.A.         Case No. 07 Civ. 7373 (PAC)

                          Plaintiff,

    - against -                                  **ORDER OF DISMISSAL**

COACHELLA VALLEY EDIBLES, LLC.

                          Defendant.
----------------------------------------------------------X

WHEREAS Plaintiff's counsel has notified the Court on November 28, 2007 of the complete performance of the terms and conditions of the Settlement Agreement pursuant to paragraph 3 of the Stipulation of Conditional Dismissal and Order ordered by this Court on September 4, 2007;

WHEREAS Plaintiff's notification has been made prior to December 10, 2007 in accordance with said Stipulation of Conditional Dismissal and Order;

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party bearing their own costs and attorneys' fees.

Dated: New York, New York
       November 29, 2007

SO ORDERED.

                                                    /s/ Paul A. Crotty
                                                    U.S.D.J.